COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
 KARINA
 MARQUEZ,
  
                             Appellant,
  
 v.
  
 LIONARDO
 MARQUEZ,
  
                            
 Appellee.
 
 
  
   '
     
   '
     
   '
     
   '
     
   '
     
  '
 
  
 
 
  
  
                   No. 08-12-00129-CV
  
 Appeal from the
  
 383rd
 Judicial District Court
  
 of El
 Paso County, Texas
  
 (TC# 2010CM1766)
  
 
 


 

MEMORANDUM
OPINION

 

Pending before the Court is the joint motion
of Appellant, Karina Marquez, and Appellee, Lionardo Marquez.  They request that the Court (1) set aside the
judgment of the trial court without reaching the merits of the case; and (2)
remand the cause to the trial court to effectuate the mediated settlement
agreement of the parties, pursuant to Tex.
R. App. P. 42.1(a)(2).

Rule 42.1(a) permits an appellate court to
dispose of an appeal in accordance with an agreement signed by the parties or
their attorneys and filed with the clerk. 
Tex. R. App. P. 42.1(a).  Pursuant to Tex.
R. App. P. 43.2, the appellate court is permitted to “reverse the trial
court’s judgment and remand the case for further proceedings.”  Tex.
R. App. P. 43.2(d).

We grant the motion and without reaching the
merits of the appeal, we hereby set aside the judgment of the trial court and
remand the matter for further proceedings as necessary to effectuate the
parties’ agreement.

 

                                                                        GUADALUPE
RIVERA, Justice

July 31, 2012

 

Before McClure, C.J., Rivera, J., and Antcliff, J.